**W. A. SHEAFFER PEN COMPANY, Petitioner, v. SECURITIES & EXCHANGE COMMISSION.**

**No. 400 Orig.**

Circuit Court of Appeals, Eighth Circuit.

Feb. 26, 1940.

E. H. Pollard, of Fort Madison, Iowa, and John H. Lathrop, of Kansas City, Mo., for petitioner.

Chester T. Lane, Gen. Counsel, and Christopher M. Jenks, Assistant Gen. Counsel, Securities and Exchange Commission, and Edward H. Cashion and Stuart K. Barnes, all of Washington, D. C., for respondent.

PER CURIAM.

Petition for review dismissed at costs of petitioner, etc., per stipulation of parties.

**George E. WILDER, Plaintiff-Appellant, v. John DOE, Defendant-Appellee.**

**No. 7262.**

Circuit Court of Appeals, Third Circuit.

Feb. 15, 1940.

John R. K. Scott, of Philadelphia, Pa., for appellant.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the opinion of Judge Kirkpatrick, 30 F.Supp. 869.

**WILLIAMS TRUST v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 8550.**

Circuit Court of Appeals, Sixth Circuit.

Feb. 15, 1940.

J. Marvin Haynes, of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Sp. Asst. to Atty. Gen., for respondent.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss the appeal has been filed, accompanied by certificate of the Clerk of the Board of Tax Appeals; it is ordered that the appeal herein be and the same is docketed and dismissed.

**WILLIAMS TRUST v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 8551.**

Circuit Court of Appeals, Sixth Circuit.

Feb. 15, 1940.

J. Marvin Haynes, of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Sp. Asst. to Atty. Gen., for respondent.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss the appeal has been filed, accompanied by certificate of the Clerk of the Board of Tax Appeals, it is ordered that the appeal herein be and the same is docketed and dismissed.

**Mary H. WOOD, as Executrix of the Estate of Charles A. Wood, Deceased, Appellant, v. Lee S. CREECH, Trustee of the Estates of T. F. Gibson, Bankrupt, and H. J. Gibson, Bankrupt; and W. T. Davis, as Special Referee, Appellees.**

**No. 8091.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 19, 1940.